IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF:                                                     CASE NO. 19-11554

RANDALL SCOTT BAUERLE

DEBTOR                                                                              CHAPTER 7

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Burnet Central Appraisal District in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: November 18, 2019

                                                                   Respectfully submitted,

                                                                   MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                   Attorneys for Claimant, Burnet Central Appraisal District

                                                                   */s/Tara LeDay*
                                                                   Tara LeDay
                                                                   State Bar Number 24106701
                                                                   P.O. Box 1269
                                                                   Round Rock, Texas 78680
                                                                   Telephone: (512) 323-3200
                                                                   Fax: (512) 323-3205
                                                                   Email: tleday@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Randall Scott Bauerle, 121 Spur 191 Box 427, Spicewood, Texas 78669 by First Class U.S. Mail, and to Ron Satija, Hajjar Peters LLP, 3144 Bee Caves Rd, Austin, Texas 78746; John Patrick Lowe, 2402 East Main Street, Uvalde, Texas 78801, and to those parties listed on the Court's Notice of Electronic Filing on November 18, 2019, by Electronic Notification.

                                                                   */s/Tara LeDay*
                                                                   Tara LeDay