EXHIBIT B



# Lien and Title Information Report

2310-Bank of America

| | | | |
|---|---|---|---|
| **Customer** | BAUERLE, RANDALL S | **VIN** | WP0AC2A70BL090884 |
| **Organization ID** | 2310 | **Organization Name** | Bank of America |
| **Lien Start** | 12/05/2016 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

**ALS/ALI**

### Last ELT Transactions

Received On
2017-01-18 08:20:19.0      Add Record - Perfection of Lien

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | BAUERLE, RANDALL S |
| **Address** | 250 BOLTON DR,AUSTIN TX,78737 |

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | PORSCHE |
| **Model** | PANAMERA | **Year** | 2011 |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 22731442743250147 | **Title State** | TX |
| **Tag Number** | JDJ8552 | **VIN** | WP0AC2A70BL090884 |
| **Status** | MATCHED | **Match Date** | 01/18/2017 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | RANDALL SCOTT BAUERLE | **Lessee** | |
| **Address** | 250 BOLTON DR,AUSTIN TX,78737 | | |
| **Vehicle Type** | | **Make** | PORS |
| **Model** | | **Year** | 2011 |
| **Mileage** | 36405 | | |
| **Title State** | TX | **Title Number** | 22731442743250147 |
| **Brands** | Unladen Gross Vehicle Weight: 4900 | | |