IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-11554-TMD-7 |
| **RANDALL SCOTT BAUERLE,** | § | |
| *dba Bwerks Luxury Pools LLC, dba Bwerks LLC*, | § | |
| | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| **RANDALL SCOTT BAUERLE,** *dba Bwerks Luxury Pools LLC, dba Bwerks LLC*, **Debtor;** and **JOHN PATRICK LOWE, TRUSTEE,** | § § § | |
| Respondents | § | JUDGE TONY M. DAVIS |

**ORDER GRANTING MOTION OF BANK OF AMERICA, N.A.,
FOR RELIEF FROM THE AUTOMATIC STAY
(2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884)**

On this date came on for consideration the *Motion for Relief from the Automatic Stay (*2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884*)* ("Motion") filed by Bank of America, N.A. ("Bank of America"), and the Court, having considered the Motion, finds that it should be granted. It is

1

therefore

ORDERED that the Motion is hereby GRANTED and the automatic stay is TERMINATED so as to authorize Bank of America to exercise all of its contractual and state law remedies pertaining to its interest in the vehicle referenced by the Motion, such being a 2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884 (the "Vehicle").

### #

APPROVED AS TO FORM AND SUBSTANCE:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P.**

By: */s/ Paul Kim*
    Paul Kim
    Texas Bar No. 24001182
    4004 Belt Line Road, Suite 100
    Addison, Texas 75001
    Phone: (941) 341-0560
    Fax: (512) 477-1112
    wdecf@bdfgroup.com

ATTORNEYS FOR BANK OF AMERICA, N.A.