

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 22, 2020.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-11554-TMD-7 |
| RANDALL SCOTT BAUERLE, | § | |
| dba Bwerks Luxury Pools LLC, dba Bwerks LLC, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| Movant | § | HEARING DATE:  JANUARY 27, 2020 |
| | § | |
| v. | § | TIME:  1:00 PM |
| | § | |
| RANDALL SCOTT BAUERLE, | § | |
| dba Bwerks Luxury Pools LLC, dba Bwerks LLC, | § | |
| Debtor; and JOHN PATRICK LOWE, | § | |
| TRUSTEE, | § | |
| Respondents | § | JUDGE TONY M. DAVIS |

**AGREED ORDER GRANTING MOTION OF BANK OF AMERICA, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY
(2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884)**

On this date came on for consideration the *Motion for Relief from the Automatic Stay (*2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884*)* ("Motion") filed by Bank of America, N.A. The Court is advised that the Debtor agrees to surrender the vehicle and the Motion should be granted.  It is therefore

ORDERED that the Motion is hereby GRANTED and the automatic stay is TERMINATED so as to authorize Bank of America, N.A. to exercise all of its contractual and state law remedies pertaining to its interest in the Vehicle referenced in the Motion, such being a 2011 PORSCHE PANAMERA VIN #WP0AC2A70BL090884 (the "Vehicle").

# # #

APPROVED AS TO FORM AND SUBSTANCE:

By: */s/ Paul Kim*  
    Paul Kim  
    Texas Bar No. 24001182  
    4004 Belt Line Road, Suite 100  
    Addison, Texas 75001  
    Phone: (941) 341-0560  
    Fax: (512) 477-1112  
    wdecf@bdfgroup.com

By: */s/ Ron Satija*  
    Ron Satija  
    Texas Bar No. 24039158  
    Hajjar Peters LLP  
    3144 Bee Caves Road  
    Austin, Texas 78746  
    Phone: (512) 637-4956  
    Fax: (512) 637-4958  
    rsatija@legalstrategy.com